Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62516.**—Raymor Mfg. Division, Inc., and R. H. Macy Co., Inc. v. United States, protests 58/9100 and 58/14595 (New York).

Opinion, by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 3, 1958

**No. 62517.**—Marconi International Marine Communication Co., Ltd. v. United States, protests 275413–K and 314500–K (New York).

Opinion, by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of klystron tubes the same in all material respects as those the subject of *Marconi Instruments, Ltd.* v. *United States* (38 Cust. Ct. 311, C. D. 1880), the claim of the plaintiff was sustained.

**No. 62518.**—Croton Watch Co., Inc. v. United States, protest 318557–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 62519.**—Kleyman Export Corp. v. United States, protests 322382–K and 324083–K (New York).

FORD, Judge: The merchandise covered by the above suits consists of rayon yarn, singles, classified under paragraph 1301 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T. D. 51802, or the Torquay Protocol to the General Agreement on Tariffs and Trade, 86 Treas. Dec. 121, T. D. 52739, and assessed with duty at 22½ cents per pound or 27½ cents per pound, respectively.